# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Crabtree, Daniel D. | U.S. District Court, District of Kansas | 04/30/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

Daniel D. Crabtree
United States District Court, District of Kansas
444 Southeast Quincy, Room 405
Topeka, Kansas 66683

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Stinson Leonard Street LLP (former law firm) |
| 2. | Director (uncompensated) | Greater Kansas City Community Foundation (non-profit charitable foundation) |
| 3. | Director (uncompensated) | Kansas City Sports Commission (non-profit organization) |
| 4. | Director (uncompensated) | Providence Medical Center/St. John Hospital (non-profit hospitals) |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2014 | Party to Partnership Agreement of Stinson Leonard Street LLP law firm (governed rights to compensation for law firm earnings and return of capital contributed) |
| 2. | 2014 | 401(k) Plan of Stinson Leonard Street LLP law firm (governed rights to contributions made to former law firm's 401(k) plan) |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2014 | Stinson Leonard Street LLP (partnership income from former private practice law firm before resigning that position on 5/12/2014) | $66,973.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | Salary, employment by Unified Government of Wyandotte County/Kansas City, Kansas |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | David and Demi Kiersznowski | various outings with these close personal friends, as described in part VIII | $740.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabtree, Daniel D. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Access Midstream Partners LP f/k/a Chesapeke Partners | B | Distribution | K | T | | | | | |
| 2. AG Mortgage Investment Trust (REIT) | B | Dividend | M | T | | | | | |
| 3. Breitburn Energy Partners LP | B | Distribution | J | T | | | | | |
| 4. Calamos Growth Fund | | None | | | Sold | 08/27/14 | K | A | |
| 5. Citigroup Inc. Com New | A | Dividend | J | T | | | | | |
| 6. Columbia Acorn Fund | A | Dividend | J | T | | | | | |
| 7. Eaton Vance Large-Cap Value Fund | A | Distribution | K | T | | | | | |
| 8. Eaton Vance Tax-Managed Growth Fund | A | Distribution | J | T | | | | | |
| 9. Energy Transfer Partners LP | B | Distribution | L | T | | | | | |
| 10. Fidelity Advisor New Insights Fund | C | Distribution | K | T | | | | | |
| 11. General Electric Co. | A | Dividend | K | T | | | | | |
| 12. Great Plains Energy Energy, Inc. | A | Dividend | J | T | | | | | |
| 13. Growth Fnds of America | C | Distribution | K | T | | | | | |
| 14. Crestwood Equity Partners f/k/a Inergy LP Unit LPv Interests | A | Distribution | | | Sold | 08/27/14 | J | A | |
| 15. Crestwood Midstream Partners f/k/a Inergy Midstream LP Ints. | | None | | | Sold | 08/27/14 | K | D | |
| 16. Intel Corp | A | Dividend | J | T | | | | | |
| 17. Invesco American Franchise Fund | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | N =$250,001 - $500,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabtree, Daniel D. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Invesco Charter Fund | A | Distribution | M | T | | | | | |
| 19. Invesco Gloabl Small & Mid Cap Growth Fund | D | Distribution | K | T | | | | | |
| 20. Ivy Asset Strategy Fund | A | Distribution | K | T | | | | | |
| 21. Learning Quest Aggressive Track: Moderate Portfolio (529) | C | Distribution | M | T | | | | | |
| 22. Linn Energy LLC Unit Registry Ltd. Interests | B | Distribution | J | T | | | | | |
| 23. Penn West Petroleum Ltd | A | Dividend | K | T | | | | | |
| 24. Suburban Propane Partners LP Units | A | Distribution | | | Sold | 08/27/14 | J | B | |
| 25. Targa Resources Partners LP Units | B | Distribution | K | T | | | | | |
| 26. Vanguard Emerging Markets Stock Index Fund | A | Dividend | | | Sold | 08/01/14 | J | | |
| 27. Vanguard Extended Market Index Fund | A | Dividend | | | Sold | 08/01/14 | J | | |
| 28. Vanguard Global Equity Fund | A | Dividend | | | Sold | 08/01/14 | K | | |
| 29. Vanugard Inflation-Protected Secruities Fund | A | Dividend | | | Sold | 08/01/14 | K | | |
| 30. Vanguard Institutional Index Fund | D | Dividend | | | Sold | 08/11/14 | O | G | |
| 31. Vanguard Life Strategy Growth Fund | D | Dividend | | | Sold | 08/01/14 | N | | |
| 32. Vanugard Mid-Cap Fund Index | A | Dividend | | | Sold | 08/01/14 | K | | |
| 33. Vanguard Natural Resources LLC | B | Distribution | M | T | | | | | |
| 34. Vanguard Pacific Stock Index Fund | A | Dividend | | | Sold | 08/01/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabtree, Daniel D. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  Vanguard PRIMECAP Core Fund | A | Dividend | | | Sold | 08/01/14 | K | | |
| 36.  Vanguard Short-Term Investment-Grade Fund | A | Dividend | | | Sold | 08/01/14 | J | | |
| 37.  Vanguard Small-Cap Index Fund | B | Dividend | | | Sold | 06/27/14 | K | A | |
| 38.  Vanguard Value Index | A | Dividend | | | Sold | 08/01/14 | K | | |
| 39.  Country Club Bank (cash accounts) | A | Interest | N | T | | | | | |
| 40.  United Missouri Bank, n.a. (Health Savings Account) | A | Interest | J | T | | | | | |
| 41.  US Bank (cash account) | | None | J | T | | | | | |
| 42.  Stinson Leonard Street LLP (capital account) f/k/a Stinson capi. acct. | | None | L | U | | | | | |
| 43.  Federated Capital Reserves | A | Interest | K | T | | | | | |
| 44.  AT&T Inc. Com | | None | J | T | Buy | 10/24/14 | K | | |
| 45.  Alibaba Group SHS ADR | | None | K | T | Buy | 10/24/14 | K | | |
| 46.  Allianz SE Spon ADR Repstg | | None | K | T | Buy | 10/24/14 | K | | |
| 47.  Apple Inc Com | A | Dividend | K | T | Buy | 10/24/14 | K | | |
| 48.  Astrazeneca PLC Sponsored ADR | | None | K | T | Buy | 10/24/14 | K | | |
| 49.  KKR & Co LP Del Com Units | A | Distribution | K | T | Buy | 09/26/14 | K | | |
| 50.  Kinder Morgan Inc Del Com | A | Dividend | K | T | Buy | 10/24/14 | K | | |
| 51.  Prospect Cap Corp Com | A | Dividend | K | T | Buy | 09/26/14 | J | | |

1. Income Gain Codes:        A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes                J =$15,000 or less        K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
                              P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes         Q =Appraisal        R =Cost (Real Estate Only)    S =Assessment        T =Cash Market
   (See Column C2)            U =Book Value        V =Other        W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Crabtree, Daniel D. | 04/30/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Walgreen Boots Alliance Inc. Com | A | Dividend | K | T | Buy | 10/24/14 | K | | |
| 53. Yahoo Inc Com | | None | K | T | Buy | 11/26/14 | K | | |
| 54. Oppenheimer Senior Floating Rate Fund | B | Dividend | M | T | Buy | 10/24/14 | M | | |
| 55. Oppenheirmer Steelpath MLP Alpha | C | Dividend | L | T | Buy | 04/12/14 | K | | |
| 56. Atlas Resource Partners LP Com | B | Distribution | K | T | Buy | 06/20/14 | K | | |
| 57. Talmer Bank & Turst (FDIC insured deposit) | A | Interest | L | T | Buy | 08/28/14 | L | | |
| 58. Country Club Financial Services (FDIC insured deposit) | A | Interest | O | T | | | | | |
| 59. | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Crabtree, Daniel D. | 04/30/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The income on the holding identified on Line 7 of Part VII (Eaton Vance Large Cap Fund) consisted of both a dividend and a capital gain distribution. Becuase approximately 90 % of the income was paid in the form of a capital gain distriubtion, Column B(1) designates the income on this holding as a Distribution.

The income on the holding identified on Line 13 of Part VII (Growth Funds of America) consisted of both a dividend and a capital gain distribution. Becuase more than 95 % of the income was paid in the form of a capital gain distriubtion, Column B(1) designates the income on this holding as a Dividend.

The income on the holding identified on Line 17 of Part VII (Invesco American Franchise Fund) consisted of both a dividend and a capital gain distribution. Becuase more than 95 % of the income was paid in the form of a capital gain distriubtion, Column B(1) designates this income as a Distribution.

The income on the holding identified on Line 18 of Part VII (Invesco Charter Fund) consisted of both a dividend and a capital gain distribution. Becuase approximately 90 % of the income was paid in the form of a capital gain distriubtion, Column B(1) designates this income as a Distribution.

The income on the holding identified on Line 18 of Part VII (Invesco Charter Fund) consisted of both a dividend and a capital gain distribution. Becuasemore than 95% of the income was paid in the form of a capital gain distriubtion, Column B(1) designates this income as a Distribution.

The income on the holding identified on Line 19 of Part VII (Invesco Global Small & Mid Cap Growth Fund) consisted of both a dividend and a capital gain distribution. Becuase approximately 95 % of the income was paid in the form of a capital gain distriubtion, Column B(1) designates this income as a Distribution.

The income on the holding identified on Line 20 of Part VII (Ivy Asset Strategy Fund) consisted of both a dividend and a capital gain distribution. Becuase more than 95% of the income was paid in the form of a capital gain distriubtion, Column B(1) designates this income as a Distribution.

The income on the holdings identified on lines 26, 27, 28, 29, 31, 32, 34, 35, 36, and 38 are estimated figures relying on the estimates provided by the investment firm Vanguard. All these holdings were part of my 401(k) retirement account with my former law firm employer. Because these holdings were part of the 401(k), the Vanguard firm has confirmed that they do not calculate or provide actual earnings figures for the period covered by this report. My statements provide, however, estimated annual income amounts and I have used those estimates as the basis for my disclosures in in column B (2) of Part VII.

The gift shown on line 1 of part V was provided by close personal friends and the appearance by either of them (or their company) in a matter would require that I take no official action with respect to the matter. Both individuals and their company are listed on my recusal list and have been so listed since the time I was appointed. The amount shown in part V consists of various outings together as friends (e.g., to a college basketball game, a round of golf, and attendance at a charity fundraiser). In many instances, these outings included          and so the amount shown in Part V includes the vlaue of     participation as well.

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Daniel D. Crabtree**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544